UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON LEI CHEN, also known as "Chen Pokong",

Plaintiff,

– *against* –

X CORP. (formerly Twitter, Inc.),

Defendant.

**ORDER**

No. 26 Civ. 47 (ER)

RAMOS, D.J.:

On October 15, 2026, the Court issued an Order and Opinion granting Defendant X Corp.'s motion to transfer venue. Doc. 26. The Order closed the action in the U.S. District Court for the Southern District of New York. *Id.* Accordingly, the action was transferred electronically to the U.S. District Court for the Northern District of Texas. *See* Docket Entry dated October 15, 2026. On October 28, 2026, the Northern District of Texas acknowledged receipt of the transferred case. *See* Docket Entry dated October 28, 2026. Chen filed a motion for reconsideration on October 26, 2026. Doc. 27.

X Corp. is directed to respond to Chen's motion by November 6, 2026.

It is SO ORDERED.

Dated: October 29, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.